**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MACK TAYLOR,

        Plaintiff,

v.                                    Case No. 09-CV-14639

DEPARTMENT OF HUMAN SERVICES OF
THE STATE OF MICHIGAN,

        Defendant.

_____/

**ORDER CANCELING MAY 19, 2010 HEARING**
**AND SCHEDULING TELEPHONE CONFERENCE**

On April 28, 2010, the court conducted a scheduling conference in the above-captioned matter. During the conference, counsel stated that a preliminary exchange of documents could result in a narrowing of issues, or possible resolution of claims. Counsel thus agreed to exchange their initial disclosures, including certain "Recall List Forms," within the next couple of weeks. The court will thereafter conduct a telephone conference to determine the status of the parties' efforts. In the meantime, briefing on Defendant's April 7, 2010 second motion to dismiss remains suspended pursuant to the court's April 21, 2010 order, and the court will cancel the hearing on the motion.[1]

Accordingly,

IT IS ORDERED that the May 19, 2010 motion hearing is CANCELED.

_____

[1]Counsel also indicated that in the event the case is not amicably resolved, they would be able to stipulate to cure the deficiency noted in Defendant's second motion to dismiss.

IT IS FURTHER ORDERED that counsel shall participate in a telephone conference on **May 24, 2010 at 2:00 p.m**.  The court will place the call.


 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2010


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 4, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\09-14639.TAYLOR.TelephoneConferenceCancelHearing.wpd